1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEFFREY CHEN, CSBN 260516
4  Special Assistant United States Attorney
        Social Security Administration
5       333 Market St., Suite 1500
        San Francisco, CA  94105
6       Telephone:  (415) 977-8939
        Facsimile:  (415) 744-0134
7       Email:  Jeffrey.Chen@ssa.gov
   Attorneys for Defendant                         JS - 6
8
9                UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION
12
13 MARIA CACHO,                    )
                                   )    No. ED CV 11-506-OP
14                                 )
        Plaintiff,                 )
15                                 )    **JUDGMENT OF REMAND**
          v.                       )
16                                 )
   MICHAEL J. ASTRUE,              )
17 Commissioner of Social Security,)
                                   )
18      Defendant.                 )
   _____)
19
20       The Court having approved the parties' Stipulation to Voluntary Remand

21 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

22 ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

23 of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

24 above-captioned action is remanded to the Commissioner of Social Security for

25 further proceedings consistent with the Stipulation of Remand.

26                                        JS - 6
   DATED:  ___10/20/11___
27                                   _____
                                     HONORABLE OSWALD PARADA
28                                   UNITED STATES MAGISTRATE JUDGE