LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIO CACHO, | No.  EDCV 11-506 OP |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED DOLLARS AND NO/100  ($1,900.00) subject to the terms of the stipulation.

   DATE:  1/9/12        _____

                      HON. OSWALD PARADA
                      UNITED STATES MAGISTRATE JUDGE